# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MIKKI LEIGH FISCHER, Individually and Independent Administrator of the Estate of JOHNNY J. HENDRIX III, Deceased,

      Plaintiff,                 Jury Demanded

COOK COUNTY SHERIFF THOMAS DART; K. GAUDIE (Star No. 15232); JOSEPH LAND (Star No. 16349); LARRY TATE (Star No. 3130); JASON SMITH (Star No. 17090); M. MYATT; TERESA HERRARA (Star No. 15830); DWANETTA BAKER-BAUER (Star No. 14951); JAMES WILDE (Star No. 14684); NAOMI BROWN (Star No. 16090); RUBY MARTIN (Star No. 15478); SHAJUANA DAVIS (Star No. 15095); SARAH GARNER (Star No. 15272); URIEL VILLASENOR (Star No. 15119); A. SHRESTHA; C. GLENN; LAWRENCE SMITH; THOMAS LEINWEBER (Star No. 15411); SHANNON BOND (Star No. 15888); BRIAN SOKOLOWSKI, (Star No. 15868); JOHN SPRUILL (Star No. 15775); MAURICE BYRD (Star No. 15848); JOHN MALLOY (Star No. 14736); DON CAMPBELL (Star No. 15468); RAMIRO MARTINEZ (Star No. 15060); LT. ALBERT STUBENVOLL; LT. RODRIGUEZ; SGT. MONDELLI; CORRECTIONS OFFICER POLAK; CORRECTIONS OFFICER KRZYZAK; CORRECTIONS OFFICER GREB; CORRECTIONS OFFICER GARCIA;

and

COUNTY OF COOK d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM; TUSHAR ADVANI, MD; SHARAD GARBHARRAN, MD; YASER A. HAK, MD; DAVID KELNER, MD; JOSEPH T. MASON, MD; JENEA N. MCNEAL, MD ALMA RAMIC, MD; TERRI RICHMOND, PSYD; LAURA A. TERNAND-HUGHES, PSYD; AHLEAH C. BALAWENDER, PA-C; BRANDON D. BRANCH, LAUREN CARTWRIGHT, LINDA CHURCHILL-MINOR, KEVIN CONNOLLY; ANGELA ESCAMILLA; ANIKA GARY; BENJAMIN GODWIN; JESSICA GOLDBACH; DAVID GOLDSTEIN; ISABEL GUZMAN; MARGARET R. MCGONEGAL; HOLLY MITZNER; KIMBERLY MYERS; BELEN SERVIN-

OHNSON; CHRISTINA TERRELL; CRISTINA VALLE;          )
GREGORY VANDUAN; JONATHAN HOWARD, MD;               )
ALBERT LASER; BRIAN WAXLER; and PIERRE              )
NUNEZ,                                              )
                                                    )
      Defendants,                                  )

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441, Defendants, COOK COUNTY SHERIFF THOMAS DART, DWANETTA BAKER-BAUER, SHAJUANA DAVIS, KAREN GAUDIE, TERESA HERRERA, JOSEPH LAND, JOSE MARTINEZ, MICHAEL MYATT, FRANCISCO RODRIGUEZ, EDWARD ROSS, JASON SMITH, LAWRENCE SMITH, URIEL VILLASENOR, and JAMES WILDE, ("Correctional Defendants") by and through their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, Johnson & Bell, Ltd., hereby give notice of the removal of the above captioned action from the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 24 L 2341, to the United States District Court, Northern District of Illinois, Eastern Division. In support thereof, Defendants state the following:

1.      On March 5, 2024, Plaintiff Mikki Leigh Fischer ("Plaintiff"), Individually and as Independent Administrator of the Estate of Johnny J. Hendrix III, deceased, filed a lawsuit against Defendants, Officer Chad Salefski, #15810, and Deputy Auxila # 18343, alleging claims under the under the Illinois Survival Act, 755 ILCS 5/27-6, the Illinois Wrongful Death Act, 740 ILCS 180/1 *et seq.*, Willful and Wanton Training and Supervision, and Indemnification stemming from the August 8, 2023 death of Johnny J. Hendrix III, a detainee at the Cook County Department of Corrections. Plaintiff named the Cook County Department of Corrections, the Cook County Sheriff's Office, and Cook County Health, as Respondents in Discovery.

2.      Plaintiff filed a First Amended Complaint on May 24, 2024, a Second Amended Complaint on August 8, 2024, a Third Amended Complaint on October 18, 2024, and a Fourth Amended Complaint on February 28, 2025. In each iteration of her complaint, Plaintiff removed and/or added defendants and again alleged claims arising under the Illinois Survival Act, 755 ILCS 5/27-6, the Illinois Wrongful Death Act, 740 ILCS 180/1 *et seq*., and state law claims alleging Willful and Wanton Training and Supervision, and Indemnification. None of Plaintiff's amended complaints contained claims against defendants pursuant to 42 U.S.C. §1983 or claims under federal law.

3.      On August 12, 2025, Plaintiff filed her Fifth Amended Complaint in state court, and, for the first time, alleged, pursuant to 42 U.S.C. §1983, that the Defendants, who are Sheriff's Officers, violated Johnny Hendrix III's civil rights on August 8, 2023. This action is entitled *Mikkie Leigh Fischer, Individually and as Independent Administrator of the Estate of Johnny Hendrix III, Deceased*, Case No. 24 L 2341. (A copy of Plaintiff's Fifth Amended Complaint is attached hereto as Exhibit A).

4.      On August 12, 2025, the Defendants received a copy of Plaintiff's Fifth Amended Complaint.

5.      The Plaintiff's action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331. Plaintiff's action is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §1441, as a result of Plaintiff's allegations that Johnny Hendrix III's civil rights were violated, contrary to the protections provided by 42 U.S.C. §1983. (See Exhibit A).

6.      This Notice of Removal is being filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, within thirty (30) days of service of the Plaintiff's Fifth Amended Complaint on Defendants.

7.      As required by 28 U.S.C. §1446(d), this notice of removal will be served upon all parties of record and will be filed with the Circuit Court of Cook County, Illinois.

8.      On August 12, 2025, counsel for Cook County Sheriff Thomas Dart conferred with counsel for all Defendants regarding removal of this action. All Defendants agree and consent to removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

9.      The United States District Court for the Northern District of Illinois, Eastern Division, is the District Court embracing Cook County, pursuant to 28 U.S.C. §93(a)(1).

10.      Pursuant to 28 U.S.C. 1446(a), this Notice of Removal of Civil Action is signed in conformance with Federal Rule of Civil Procedure 11.

11.      Based on the foregoing, Defendants, COOK COUNTY SHERIFF THOMAS DART, DWANETTA BAKER-BAUER, SHAJUANA DAVIS, KAREN GAUDIE, TERESA HERRERA, JOSEPH LAND, JOSE MARTINEZ, MICHAEL MYATT, FRANCISCO RODRIGUEZ, EDWARD ROSS, JASON SMITH, LAWRENCE SMITH, URIEL VILLASENOR, and JAMES WILDE, respectfully request that this case proceed before this Court as an action properly removed.

Dated: August 13, 2025                    Respectfully Submitted,

                                          EILEEN O'NEILL BURKE
                                          State's Attorney of Cook County

                                          /s/  Lisa M. McElroy
                                          Special Assistant State's Attorney
                                          *Counsel for Certain Correctional Defendants*

Monica Burkoth
Lisa McElroy
JOHNSON & BELL, LTD.
33 W. Monroe Street, Suite 2700
Chicago, IL 60603
Tel: (312) 372-0770
Fax: (312) 372-0770
Email: burkothm@jbltd.com
Email: mcelroyl@jbltd.com